**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-1160**

_____

HENRY LEWIS ASTROP,

            Plaintiff – Appellant,

      v.

VIRGINIA DEPARTMENT OF MOTOR VEHICLES, South Hill Division,

            Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge.  (3:13-cv-00010-JRS)

_____

Submitted:  June 25, 2013            Decided:  July 3, 2013

_____

Before SHEDD and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Henry Lewis Astrop, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Henry Lewis Astrop appeals the district court's order dismissing his civil action as frivolous and for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Astrop v. VA Dep't of Motor Vehicles, No. 3:13-cv-00010-JRS (E.D. Va. Jan. 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED